

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jacqulyn Nicole Ferguson, Appellant

No. 06-16-00046-CR      v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR16-001). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render judgment acquitting Ferguson of bail jumping and failure to appear on December 14, 2015.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED OCTOBER 27, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk